# 𝔍𝔫 𝔱𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱 𝔣𝔬𝔯 𝔱𝔥𝔢 𝔖𝔬𝔲𝔱𝔥𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔊𝔢𝔬𝔯𝔤𝔦𝔞 𝔚𝔞𝔶𝔠𝔯𝔬𝔰𝔰 𝔇𝔦𝔳𝔦𝔰𝔦𝔬𝔫

JOSE ABREGO-PIDILLA,

    Petitioner,

v.

WARDEN MICHAEL BRECKON,

    Respondent.

5:25-cv-50

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant as unopposed Respondent's Motion to Dismiss and to dismiss without prejudice Petitioner Jose Abrego-Pidilla's ("Abrego-Pidilla") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure to comply with the Court's Order and Local Rules.  Dkt. No. 10.  Abrego-Pidilla did not file Objections to this Report and Recommendation, and the time to do so has elapsed.  In fact, this Court's mailing was returned as undeliverable, with the notations: "No Longer Here" and "Return to Sender, Not Deliverable as Addressed, Unable to Forward."  Dkt. No. 11 at 9.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court.  See <u>Macort v. Prem, Inc.</u>, 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific

objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT as unopposed** Respondent's Motion to Dismiss and **DISMISS without prejudice** Abrego-Pidilla's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. Nos. 1, 7. I **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Abrego-Pidilla *in forma pauperis* status on appeal.

**SO ORDERED**, this __20__ day of October, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA